In the Matter of the Claim of AUSTIN J. BOUDREAU, Respondent. FORD MOTOR COMPANY, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for an order allowing and fixing the fees and

disbursements of Dante M. Scaccia, Esq., attorney for claimant-respondent; pursuant to section 538 of the Labor Law. Motion granted and his fees are fixed at $150 and his disbursements are allowed in the sum of $50. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.